435 A.2d 269

Commonwealth, Appellant, v. Clark.

Submitted June 10, 1980. Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellant; Michael A. Goetz, Assistant Public Defender, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Orders affirmed.

WICKERSHAM, J., dissented.